UST-31, 3-03

SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MURPHY, BRIAN SEAN | ) | CASE NO. 07-02239-EWH |
| JACOBS, KELLEY JEAN | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | Tucson Pathology Associates PC<br>6810 E Broadway #202<br>Tucson AZ 85710 | 0.37 |
| 4 | Southern Arizona Anesthesia Servs<br>P O Box 5024<br>Tucson AZ 85703-5024 | 1.71 |
| 23 | West Verizon Wireless<br>404 Brock Dr<br>Bloomington IL 61701 | 2.18 |

*December 29, 2009*                               */s/ Sharon Maxwell*
     DATE                                   Sharon Maxwell, Trustee